David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Rebecca Markert  (Pro Hac Vice Pending)
Madeline Ziegler (Pro Hac Vice Pending)
E: aseidel@ffrf.org/mziegler@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
and Andrew DeFaria

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and ANDREW DEFARIA,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF SANTA CLARA, etc., et al.,<br><br>　　　　　　Defendants. | Case No.: 5:16-CV-02072-HRL<br><br>PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Plaintiffs Freedom From Religion Foundation, Inc., and Andrew DeFaria, hereby submit this Certification of Interested Entities or Persons.

---
1
PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
5:16-CV-02072-HRL

Pursuant to Civil Local Rule 3-15, the undersigned hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Date: April 20, 2016

David J. Kaloyanides

Rebecca Markert
Madeline Ziegler
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc., and Andrew DeFaria