Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for Defendants
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCILMEMBERS MAYOR LISA GILLMORE, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

FILING FEE EXEMPT PURSUANT TO GOVERNMENT CODE § 6103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA CLARA, et al., <br><br> Defendants. | Case No. 16-cv-02072-LHK <br><br> **STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **Civil L.R. 6-1** |

**WHEREAS,** on April 20, 2016, Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") filed their Complaint; and

**WHEREAS,** on April 28, 2016, Plaintiffs caused their Complaint to be served on Defendants City of Santa Clara and its City Councilmembers Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsali, Dominic Caserta, and Kathy Watanabe (collectively, "Defendants").

1   **IT IS HEREBY STIPULATED** between Plaintiffs and Defendants, by and
2   through their counsel of record, that Defendants' time to respond to the Complaint
3   shall be extended to and include June 2, 2016.

4   **IT IS SO STIPULATED.**

5

6   Dated: May 13, 2016                    DAVID J.P. KALOYANIDES, A
7                                          PROFESSIONAL LAW
                                           CORPORATION
8
9                                          By: _____
10                                             David J.P. Kaloyanides
                                               Attorneys for Plaintiffs
11                                         FREEDOM FROM RELIGION
                                           FOUNDATION, INC. and ANDREW
12                                         DEFARIA

13  Dated: May _13_, 2016                  BURKE, WILLIAMS & SORENSEN,
                                           LLP
14
15
16                                         By: _____
                                               Thomas B. Brown
17                                             Gregory R. Aker
                                               Albert Tong
18                                             Attorneys for Defendant
                                           CITY OF SANTA CLARA; CITY OF
19                                         SANTA CLARA CITY COUNCIL-
                                           MEMBERS MAYOR LISA
20                                         GILLMORE, VICE MAYOR
                                           TERESA O'NEILL, PAT KOLSTAD,
21                                         DEBI DAVIS, JERRY MARSALLI,
                                           DOMINIC CASERTA, and KATHY
22                                         WATANABE

23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO COMPLAINT