1  Thomas B. Brown (SBN 104254)
   E-mail: tbrown@bwslaw.com
2  Gregory R. Aker (SBN 104171)
   E-mail: gaker@bwslaw.com
3  Albert Tong (SBN 208439)
   E-mail: atong@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
5  Oakland, CA  94612-3501
   Tel: 510.273.8780  Fax:  510.839.9104
6
   Attorneys for Defendant
7  CITY OF SANTA CLARA; CITY OF
   SANTA CLARA CITY
8  COUNCILMEMBERS MAYOR LISA
   GILLMORE, VICE MAYOR TERESA
9  O'NEILL, PAT KOLSTAD, DEBI DAVIS,
   JERRY MARSALLI, DOMINIC
10 CASERTA, and KATHY WATANABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.  16-cv-02072-LHK<br><br>**STIPULATION RE: [1] CONTINUANCE OF THE PARTIES' LAST DAY TO MEET AND CONFER RE INITIAL DISCLOSURES, ETC., [2] CONTINUANCE OF THE PARTIES' LAST DAY TO FILE A RULE 26(f) REPORT, AND [3] CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

WHEREAS, on April 20, 2016, the Court entered its Order Setting Initial Case Management Conference and ADR Deadlines which required, among other things, that Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 1 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF
INITIAL CMC, ETC.

City Councilmembers, Mayor Lisa Gillmore, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), to meet and confer regarding their initial disclosures, early settlement, ADR process selection, and discovery plan no later than June 28, 2016; file their Rule 26(f) Report and complete their initial disclosures no later than July 12, 2016; and scheduled an Initial Case Management Conference on July 19, 2016;

WHEREAS, the Parties have since discussed settlement of the dispute and the City is now considering the possibility of moving the subject Latin cross from the public property;

In order to allow the City the time that is required to complete its analysis, and to conserve judicial resources and legal fees, the Parties stipulate as follows:

1. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to August 29, 2016;

2. The last day to file their Rule 26(f) Report shall be continued to September 13, 2016;

3. The Initial Case Management Conference shall be continued to a date and time in October 2016 that is convenient to the Court's calendar.

**IT IS SO STIPULATED.**

Dated: June 22, 2016

DAVID J.P. KALOYANIDES, A PROFESSIONAL LAW CORPORATION

By: /s/ David J.P. Kaloyanides
David J.P. Kaloyanides
Attorneys for Plaintiffs
FREEDOM FROM RELIGION FOUNDATION, INC. and ANDREW DEFARIA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF INITIAL CMC, ETC.

| | |
|---|---|
| Dated: June 22, 2016 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By:  /s/ Albert Tong |
| | Thomas B. Brown |
| | Gregory R. Aker |
| | Albert Tong |
| | Attorneys for Defendant |
| | CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCIL-MEMBERS MAYOR LISA GILLMORE, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 3 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF INITIAL CMC, ETC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>[PROPOSED] ORDER RE: [1] CONTINUANCE OF THE PARTIES' LAST DAY TO MEET AND CONFER RE INITIAL DISCLOSURES, ETC., [2] CONTINUANCE OF THE PARTIES' LAST DAY TO FILE A RULE 26(f) REPORT, AND [3] CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |

Having considered the stipulation between Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmore, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Parties shall meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan no later than August 29, 2016;

2. The last day to file their Rule 26(f) Report shall be continued to September 13, 2016;

3. The Initial Case Management Conference shall be continued to \_\_\_\_\_ _____ at 2:00 p.m. in the San Jose Courthouse, Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.

Dated: June \_\_\_\_\_, 2016

_____
HON. LUCY H. KOH
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 5 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF INITIAL CMC, ETC.

# PROOF OF SERVICE

I, Laura A. Montalvo, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1901 Harrison Street, Suite 900, Oakland, California 94612-3501. On June 23, 2016, I served a copy of the within document(s):

> ***STIPULATION RE: [1] CONTINUANCE OF THE PARTIES' LAST DAY TO MEET AND CONFER RE INITIAL DISCLOSURES, ETC., [2] CONTINUANCE OF THE PARTIES' LAST DAY TO FILE A RULE 26(f) REPORT, and [3] CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER***

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Oakland, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ by transmitting via electronic transmission through the Court's **CM/ECF SERVICE** the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| David J.P. Kaloyanides<br>David J.P. Kaloyanides A Professional Law Corporation<br>15338 Central Avenue<br>Chino, CA 91710<br>Phone: 213.623.8120<br>Email: djpkaplc@me.com<br>***Attorneys for Plaintiffs*** | Rebecca Markert<br>Madeline Ziegler<br>Freedom From Religion Fdn., Inc.<br>P.O. Box 750<br>Madison, WI 53701<br>Phone: 608.256.8900<br>Email: aseidel@ffrf.org ;<br>mziegler@ffrf.org |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

1  motion of the party served, service is presumed invalid if postal cancellation date or postage
2  meter date is more than one day after date of deposit for mailing in affidavit.
3      I declare that I am employed in the office of a member of the bar of this court at whose
4  direction the service was made.
5      Executed on June 23, 2016, at Oakland, California.

*/s/ Laura A. Montalvo*

Laura A. Montalvo