1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | Case No. 16-cv-02072-LHK |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE: [1] CONTINUANCE OF THE PARTIES' LAST DAY TO MEET AND CONFER RE INITIAL DISCLOSURES, ETC., [2] CONTINUANCE OF THE PARTIES' LAST DAY TO FILE A RULE 26(f) REPORT, AND [3] CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY OF SANTA CLARA, et al., | |
| Defendants. | |

Having considered the stipulation between Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmore, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause appearing therefore,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 1 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF INITIAL CMC, ETC.

**IT IS HEREBY ORDERED:**

1. The Parties shall meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan no later than August 29, 2016;

2. The last day to file their Rule 26(f) Report shall be continued to September 13, 2016;

3. The Initial Case Management Conference shall be continued to __October 26, 2016__ at 2:00 p.m. in the San Jose Courthouse, Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.

Dated: June __23__, 2016

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF
INITIAL CMC, ETC.