1  Thomas B. Brown (SBN 104254)
   E-mail:  tbrown@bwslaw.com
2  Gregory R. Aker (SBN 104171)
   E-mail:  gaker@bwslaw.com
3  Albert Tong (SBN 208439)
   E-mail:  atong@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
5  Oakland, CA  94612-3501
   Tel:  510.273.8780 Fax:  510.839.9104
6
   Attorneys for Defendant
7  CITY OF SANTA CLARA; CITY OF
   SANTA CLARA CITY
8  COUNCILMEMBERS MAYOR LISA
   GILLMOR, VICE MAYOR TERESA
9  O'NEILL, PAT KOLSTAD, DEBI DAVIS,
   JERRY MARSALLI, DOMINIC
10 CASERTA, and KATHY WATANABE

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15 FREEDOM FROM RELIGION            Case No.  16-cv-02072-LHK
   FOUNDATION, INC., et al.,
16                                  SECOND STIPULATION RE: [1]
                                    CONTINUANCE OF THE PARTIES'
17              Plaintiffs,         LAST DAY TO MEET AND
                                    CONFER RE INITIAL
18 v.                              DISCLOSURES, ETC., [2]
                                    CONTINUANCE OF THE PARTIES'
19 CITY OF SANTA CLARA, et al.,     LAST DAY TO FILE A RULE 26(f)
                                    REPORT, AND [3] CONTINUANCE
20              Defendants.         OF INITIAL CASE MANAGEMENT
                                    CONFERENCE; [PROPOSED]
21                                  ORDER

22

23

24      WHEREAS, on April 20, 2016, the Court entered its Order Setting Initial

25 Case Management Conference and ADR Deadlines which required, among other

26 things, that Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria

27 (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 1 -

CASE NO. 16-CV-02072-LHK
SECOND STIPULATION RE:
CONTINUANCE OF INITIAL CMC, ETC.

City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), to meet and confer regarding their initial disclosures, early settlement, ADR process selection, and discovery plan no later than June 28, 2016; file their Rule 26(f) Report and complete their initial disclosures no later than July 12, 2016; and scheduled an Initial Case Management Conference on July 19, 2016;

WHEREAS, the Parties have discussed settlement of the dispute and the City is considering the possibility of whether and, if so, how to move the subject Latin cross;

WHEREAS, based on these discussions, the Parties previously filed a Stipulation to continue the above dates (Docket No. 14) and the Court entered an Order based thereon (Docket No. 15);

WHEREAS, the City requires additional time to complete its analysis of whether and, if so, how to move the subject Latin cross, and to conserve judicial resources and legal fees, the Parties stipulate as follows:

1.      The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to October 31, 2016;

2.      The last day to file their Rule 26(f) Report shall be continued to November 14, 2016;

3.      The Initial Case Management Conference shall be continued to a date and time in December 2016 that is convenient to the Court's calendar.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 16-CV-02072-LHK
SECOND STIPULATION RE:
CONTINUANCE OF INITIAL CMC, ETC.

1    **IT IS SO STIPULATED.**

2    Dated: August 29, 2016          DAVID J.P. KALOYANIDES, A
3                                    PROFESSIONAL LAW
                                     CORPORATION
4

5                                    By:  /s/ David J.P. Kaloyanides
6                                       David J.P. Kaloyanides
                                        Attorneys for Plaintiffs
7                                    FREEDOM FROM RELIGION
                                     FOUNDATION, INC. and ANDREW
8                                    DEFARIA

9    Dated: August 29, 2016          BURKE, WILLIAMS & SORENSEN,
10                                   LLP

11

12                                   By:  /s/ Albert Tong
                                        Thomas B. Brown
13                                      Gregory R. Aker
                                        Albert Tong
14                                      Attorneys for Defendant
                                     CITY OF SANTA CLARA; CITY OF
15                                   SANTA CLARA CITY COUNCIL-
                                     MEMBERS MAYOR LISA
16                                   GILLMOR, VICE MAYOR TERESA
                                     O'NEILL, PAT KOLSTAD, DEBI
17                                   DAVIS, JERRY MARSALLI,
                                     DOMINIC CASERTA, and KATHY
18                                   WATANABE

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 3 -

CASE NO. 16-CV-02072-LHK
SECOND STIPULATION RE:
CONTINUANCE OF INITIAL CMC, ETC.

1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8              SAN JOSE DIVISION
9

10   FREEDOM FROM RELIGION              Case No.  16-cv-02072-LHK
     FOUNDATION, INC., et al.,
11                                      **[PROPOSED] ORDER RE: [1]**
                Plaintiffs,             **CONTINUANCE OF THE PARTIES'**
12                                      **LAST DAY TO MEET AND**
     v.                                 **CONFER RE INITIAL**
13                                      **DISCLOSURES, ETC., [2]**
     CITY OF SANTA CLARA, et al.,       **CONTINUANCE OF THE PARTIES'**
14                                      **LAST DAY TO FILE A RULE 26(f)**
                Defendants.             **REPORT, AND [3] CONTINUANCE**
15                                      **OF INITIAL CASE MANAGEMENT**
                                        **CONFERENCE**
16
17
18
19          Having considered the stipulation between Plaintiffs Freedom from Religion

20   Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants

21   City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa

22   Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli,

23
24   Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause

25   appearing therefore,
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 4 -

CASE NO. 16-CV-02072-LHK
SECOND STIPULATION RE:
CONTINUANCE OF INITIAL CMC, ETC.

**IT IS HEREBY ORDERED:**

1.      The Parties shall meet and confer re: initial disclosures, early

settlement, ADR process selection, and discovery plan no later than October 31,

2016;

2.      The last day to file their Rule 26(f) Report shall be continued to

November 14, 2016;

3.      The Initial Case Management Conference shall be continued to _____

_____ at 2:00 p.m. in the San Jose Courthouse,

Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.


Dated:  August _____, 2016


_____
HON. LUCY H. KOH
United States District Court Judge

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

CASE NO. 16-CV-02072-LHK
SECOND STIPULATION RE:
CONTINUANCE OF INITIAL CMC, ETC.