David J.P. Kaloyanides (SBN 160368)
E-mail: djpk@rt2counsel.com
David J.P. Kaloyanides, APLC
15338 Central Ave
Chino, CA 91710-7658
Tel: 213.623.8120   Fax: 213.402.6292

Attorneys for Plaintiffs
FREEDOM FROM RELIGION
FOUNDATION, INC. and ANDREW
DEFARIA

Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCILMEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Fed. R. Civ. P. 26(f); Local Rule 16-9** |

On September 2, 2016, counsel for Plaintiffs Freedom From Religion, Inc. ("FFRF") and Andrew DeFaria ("DeFaria") (collectively, "Plaintiffs"), David J.P. Kaloyanides, Esq., and counsel for Defendants City of Santa Clara, City of Santa Clara City Councilmembers Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, "Defendants"), Albert Tong, Esq., participated in a Fed. R. Civ. P. 26(f) conference by telephone.

This report is jointly submitted by the parties.

**1. Jurisdiction and Service:** Plaintiffs allege jurisdiction exists under 28 U.S.C. §§ 1331 and 1343(a)(3). There are no issues regarding personal jurisdiction or venue. There are no unserved parties.

**2. Facts:** In 1953, the City of Santa Clara (the "City") permitted the Santa Clara Lions Club to donate a 14-foot granite Latin cross (the "Cross") to be displayed in the park located near the intersection of Martin Avenue and De la Cruz Boulevard (the "Park"). The Cross was donated to commemorate the historical site of the Mission Santa Clara D'Asis, established in 1777 by the Franciscan Padres. The Cross is not visible to street traffic or pedestrians, except for those walking into the Park. The Cross includes a small plaque noting the historical significance of the site but contains no other religious signs, symbols, or text. The Cross has been continuously displayed in the Park from 1953 to the present. It was re-dedicated in 1961.

**3. Legal Issues:** Plaintiffs allege the display of the Cross in the Park violates the Establishment Clauses in the federal constitution (U.S. Const. am. 1) and California constitution (Art. I, § 4). Defendants deny the merits of plaintiffs' claims on multiple grounds, including that (a) the primary significance of the Cross is historical and not religious, (b) the Cross is not easily visible to the public, and (c) plaintiffs lack standing to assert the claims set forth in the Complaint.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

**4. Motions:** There are no prior or pending motions.

**5. Amendment of Pleadings:** Plaintiffs do not expect to add or dismiss parties or claims. Defendants do not expect to add any defenses.

**6. Evidence Preservation:** The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and have met and conferred regarding steps to preserve evidence relevant to the issues reasonably evident in this action.

**7. Disclosures:** The parties have agreed to exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than October 7, 2016.

**8. Discovery:** No formal discovery has been taken to date. The parties hereby submit their discovery plan under Fed. R. Civ. P. 26(f):

(A) The parties do not believe any changes to the timing, form, or requirement for disclosures under Fed. R. Civ. P. 26(a) are necessary. The parties have agreed to exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than October 7, 2016.

(B) The parties anticipate that discovery will focus on the installation, maintenance, and display of the Cross. The parties anticipate that discovery will be completed in April 2017. The parties do not believe that discovery should be conducted in phases.

(C) The parties do not expect any issues with disclosure, discovery, or preservation of electronically stored information.

(D) The parties do not expect any issues with claims of privilege or need for clawback procedures.

(E) The parties do not believe any changes to the discovery limitations under the Federal Rules of Civil Procedure or Local Rule are necessary.

**9. Class Actions:** This is not a class action.

**10. Related Cases:** There are no related cases.

**11. Relief:** Plaintiffs seek (1) a declaratory judgment that Defendants' display of the Cross violates the Establishment Clauses of the federal and state constitutions; (2) an injunction enjoining its display and maintenance; (3) nominal damages; and (4) costs, disbursements, and attorney's fees.

**12. Settlement and ADR:** The parties have actively discussed settlement between themselves and are continuing those discussions. Although Defendants believe there is no merit to Plaintiffs' claims, Defendants are investigating the feasibility of moving the Cross, which presents many logistical challenges, due to the size and weight of the Cross, and the difficulty of removing and transporting it. If that option is not practicable, Defendants intend to vigorously defend the claims. They do not believe participation in the ADR Multi-Option Program is necessary at this point.

**13. Consent to Magistrate Judge For All Purposes:** The parties do not consent to a magistrate judge for all purposes.

**14. Other References:** The parties do not believe that this case is suitable for reference to binding arbitration, special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues:** The parties do not believe that the issues can be narrowed by agreement or motion.

**16. Expedited Trial Procedure:** The parties do not believe that this case should be handled under the Expedited Trial Procedures.

**17.  Scheduling:** The parties propose the following dates:

| | |
|---|---|
| Designation of Experts | May 1, 2017 |
| Discovery Cut-Off | June 15, 2017 |
| Hearing of Dispositive Motions (Wednesdays at 9:45 a.m.) | July 19, 2017 |
| Pretrial Conference (Thursdays at 1:30 p.m.) | August 15, 2017 |
| Trial (Mondays, Tuesdays, and Fridays) | September 11, 2017 |

**18.  Trial:** The case will be a bench trial.  The Parties estimate a length of 1 to 2 days.

**19.  Disclosure of Non-party Interested Entities or Persons:** Both parties have filed the Certification of Interested Entities or Parties required by Local Rule 3-15.

**20.  Professional Conduct:** Attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated: September 13, 2016                    DAVID J.P. KALOYANIDES, A PROFESSIONAL LAW CORPORATION


By:  */s/ David J.P. Kaloyanides*
       David J.P. Kaloyanides
       Attorneys for Plaintiffs
       FREEDOM FROM RELIGION
       FOUNDATION, INC. and ANDREW
       DEFARIA

| | | |
|---|---|---|
| 1 | Dated: September 13, 2016 | BURKE, WILLIAMS & SORENSEN, LLP |
| | | |
| | | By: */s/ Albert Tong* |
| | | Thomas B. Brown |
| | | Gregory R. Aker |
| | | Albert Tong |
| | | Attorneys for Defendant |
| | | CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCIL-MEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE |