Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for Defendant
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCILMEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>**STIPULATION RE: (1) CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND (2) REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER** |

Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), by and through their attorneys of record in this case, David J. Kaloyanides and Albert Tong, respectively, hereby agree and stipulate as follows:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 1 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF
CMC AND REQ. FOR TEL. APPEARANCE

1. On April 20, 2016, the Court entered its Order Setting Initial Case Management Conference scheduling an Initial Case Management Conference on July 19, 2016.

2. The parties subsequently filed a Stipulation, with Proposed Order, to continue the Initial Case Management Conference to a date and time in October 2016.

3. Pursuant to the stipulation of the parties, the Initial Case Management Conference was continued to October 26, 2016 at 2:00 p.m.

4. At the time of the setting of the continued Initial Case Management Conference, counsel for Plaintiffs, Mr. Kaloyanides, was unaware that he would still be engaged in a previously scheduled trial. The trial in which counsel is currently engaged is *People of the State of California v. Christopher Brandon Lee*, San Bernardino Superior Court Case No. FMB 1400414. This trial involves allegations of first degree murder with special circumstances and was set to begin on September 12, 2016. However, because of the length anticipated for the trial, jury selection did not begin until September 19, 2016 and involved an extensive hardship qualification and review of juror questionnaires that took place over the course of two weeks. As a result, evidence did not begin until October 5, 2016. It is now anticipated that the trial will conclude by the week of November 14, 2016.

5. In order to enable counsel for Plaintiffs to be present at the Initial Case Management Conference, and likewise fulfill his prior commitment with the San Bernardino County Superior Court, the Parties stipulate that the Initial Case Management Conference shall be continued to Wednesday, November 16, 2016, at 2:00 p.m., **if Mr. Kaloyanides is permitted to appear telephonically**. Mr. Kaloyanides requests a telephonic appearance because the jury in *People v. Lee* will likely be in deliberations on this date and he must physically remain in Southern California in case the jury returns a verdict.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

- 2 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF
CMC AND REQ. FOR TEL. APPEARANCE

6.    If Mr. Kaloyanides is required to personally appear, the Parties stipulate that the Initial Case Management Conference shall be continued to December 21 or 28, 2016, January 4, 2017, or a date convenient to the Court's calendar on or after February 1, 2017.  The reason for the February date is that both counsel are in trial.  Mr. Kaloyanides is scheduled to begin trial on December 5, 2016 in *United States v. Joel Kenneth Ausbie, et al.*, U.S. District Court, District of Nevada at Las Vegas, Case No. 2:16-CR-00155 JCM CWH.  This trial involves allegations of arson against Mr. Kaloyanides' client, Calvin Robinson.  Mr. Kaloyanides expects trial will take two weeks.  Mr. Tong is scheduled to begin trial on January 9, 2017, in *Sandra Self, Melinda Self, Deborah Ahrendt, Sharon Broadbent, and Kathleen Murphy v. Taub-Co Management, Inc. et. al.*, Alameda County Superior Court Case No. RG12655521.  This is a wrongful death and survivor action against Mr. Tong's client, The Taubman Company.  Mr. Tong expects trial will take four weeks.

**IT IS SO STIPULATED.**

Dated: October 19, 2016        DAVID J.P. KALOYANIDES, A PROFESSIONAL LAW CORPORATION

By: */s/ David J.P. Kaloyanides*
David J.P. Kaloyanides
Attorneys for Plaintiffs
FREEDOM FROM RELIGION FOUNDATION, INC. and ANDREW DEFARIA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1  Dated: October 19, 2016                    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Albert Tong*
   Thomas B. Brown
   Gregory R. Aker
   Albert Tong
   Attorneys for Defendant
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCIL-MEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA CLARA, et al., <br><br> Defendants. | Case No. 16-cv-02072-LHK <br><br> **[PROPOSED] ORDER RE: (1) CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND (2) TELEPHONIC APPEARANCE** |

Having considered the stipulation between Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Initial Case Management Conference shall be continued to _____ _____ at 2:00 p.m. in the San Jose Courthouse,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 5 -

CASE NO. 16-CV-02072-LHK
[PROPOSED] ORDER RE: CONTINUANCE
OF CMC AND TEL. APPEARANCE

Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.

2. The request of David J. Kaloyanides to make a telephonic appearance at the above case management conference is granted.

Dated: October _____, 2016

_____
HON. LUCY H. KOH
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 6 -

CASE NO. 16-CV-02072-LHK
[PROPOSED] ORDER RE: CONTINUANCE
OF CMC AND TEL. APPEARANCE