UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>[PROPOSED] ORDER RE: (1) CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND (2) TELEPHONIC APPEARANCE |

Having considered the stipulation between Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Initial Case Management Conference shall be continued to _____ November 16, 2016 _____ at 2:00 p.m. in the San Jose Courthouse,

1  Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.

2      2.    The request of David J. Kaloyanides to make a telephonic appearance at the above case management conference is granted.

Dated: October  19 , 2016

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge