UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br>Defendants. | Case No. 16-CV-02072-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties have informed the Court that the parties have reached a settlement. In light of this development, the November 16, 2016 case management conference is hereby continued to December 7, 2016, at 2:00 p.m. The parties November 30, 2016 joint case management statement should update the Court on any City Council developments.

**IT IS SO ORDERED.**

Dated: November 14, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 16-cv-02072-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE