Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for Defendant
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCILMEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>**STIPULATION RE: (1) CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND (2) REQUEST FOR TELEPHONIC APPEARANCE; [~~PROPOSED~~] ORDER** |

WHEREAS, on November 14, 2016, Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City") filed a Stipulation advising the Court that the City has reached an agreement with Santa Clara University to move and relocate the subject Latin cross. [Doc. No. 27.] The City

1  represented that the agreement would be reviewed by the City Council at its
2  meeting on November 22, 2016, and if approved, the cross would be relocated
3  before the end of January 2017.

4      WHEREAS, in response to the Stipulation, the Court continued the Initial
5  Case Management Conference to December 7, 2016 and ordered the parties to file a
6  joint case management conference statement updating the Court on any City
7  Council developments. [Doc. No. 28.]

8      WHEREAS, the City Council has since approved the agreement to relocate
9  the cross.

10     WHEREAS, counsel for Plaintiffs, Mr. Kaloyanides, is scheduled to begin
11 trial on February 6, 2017 in *United States v. Joel Kenneth Ausbie*, et al., U.S.
12 District Court, District of Nevada at Las Vegas, Case No. 2:16-CR-00155 JCM
13 CWH.[1]  This trial involves allegations of arson against Mr. Kaloyanides' client,
14 Calvin Robinson. Mr. Kaloyanides expects trial to take two weeks.

15     WHEREAS, in order to allow the cross to be relocated as scheduled, enable
16 Mr. Kaloyanides to be present at the Initial Case Management Conference and to
17 fulfill his prior commitment with the District Court of Nevada, and conserve
18 judicial resources and legal fees, the Parties stipulate that the Initial Case
19 Management Conference shall be continued to a date and time in or after late-
20 February 2017 that is convenient to the Court's calendar.

21     WHEREAS, Mr. Kaloyanides is located in Southern California and requests
22 a telephonic appearance.

---

[1] The trial was originally set for December 5, 2016 and recently continued.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 16-CV-02072-LHK
STIPULATION RE: CONTINUANCE OF
INITIAL CMC

1 **IT IS SO STIPULATED.**

2 Dated: November 29, 2016   DAVID J.P. KALOYANIDES, A PROFESSIONAL LAW CORPORATION

By: */s/ David J.P. Kaloyanides*
    David J.P. Kaloyanides
    Attorneys for Plaintiffs
    FREEDOM FROM RELIGION FOUNDATION, INC. and ANDREW DEFARIA

Dated: November 29, 2016   BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Albert Tong*
    Thomas B. Brown
    Gregory R. Aker
    Albert Tong
    Attorneys for Defendant
    CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCIL-MEMBERS MAYOR LISA GILLMORE, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>[PROPOSED] ORDER RE: (1) CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND (2) TELEPHONIC APPEARANCE |

Having considered the stipulation between Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Initial Case Management Conference shall be continued to <u>Wednesday, March 1</u> at 2:00 p.m. in the San Jose Courthouse, Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.

2. The request of David J. Kaloyanides to make a telephonic appearance at the above case management conference is granted.

Dated: November 29, 2016

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge