UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.  16-CV-02072-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for March 1, 2017, at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file either a Joint Case Management Statement or a stipulation for dismissal by Tuesday, February 28, 2017, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: February 27, 2017

_____
LUCY H. KOH
United States District Judge

1

Case No. 16-CV-02072-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT