Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendant
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCILMEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>**[1] JOINT CASE MANAGEMENT STATEMENT; [2] STIPULATION RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; AND [3] [PROPOSED] ORDER** |

Plaintiffs Freedom from Religion Foundation, Inc. ("FFRF") and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City") hereby submit their Joint Case Management Statement:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 1 -

CASE NO. 16-CV-02072-LHK
JOINT CMC STATEMENT; STIPULATION
RE: CONTINUANCE; PROPOSED ORDER

1    The Parties have reached a settlement in principle of all outstanding issues.
2 The subject Latin cross has been relocated. A written settlement agreement has
3 been drafted and approved by both attorneys. FFRF has signed the agreement. The
4 individual plaintiff, Mr. DeFaria, has been out of the country but is expected to sign
5 the agreement upon his return later this week. The City is expected to sign by the
6 end of next week. Once signed, the Parties will promptly file a stipulation for
7 dismissal.

8    Based on the anticipated signatures and dismissal, and in order to conserve
9 judicial resources and legal fees, the Parties request and stipulate that the Initial
10 Case Management Conference be continued to a date and time in late March 2017
11 that is convenient to the Court's calendar.

12   **IT IS SO STIPULATED.**

13 Dated: February 27, 2017                DAVID J.P. KALOYANIDES, A
                                          PROFESSIONAL LAW
14                                        CORPORATION

16                                        By:  */s/ David J.P. Kalyoanides*
17                                             David J.P. Kaloyanides
                                               Attorneys for Plaintiffs
18                                        FREEDOM FROM RELIGION
                                          FOUNDATION, INC. and ANDREW
19                                        DEFARIA

20 Dated: February 27, 2017                BURKE, WILLIAMS & SORENSEN,
                                          LLP

22                                        By:  */s/ Albert Tong*
23                                             Albert Tong
                                               Attorneys for Defendant
24                                        CITY OF SANTA CLARA; CITY OF
                                          SANTA CLARA CITY COUNCIL-
25                                        MEMBERS MAYOR LISA
                                          GILLMORE, VICE MAYOR
26                                        TERESA O'NEILL, PAT KOLSTAD,
                                          DEBI DAVIS, JERRY MARSALLI,
27                                        DOMINIC CASERTA, and KATHY
                                          WATANABE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 16-CV-02072-LHK
JOINT CMC STATEMENT; STIPULATION
RE: CONTINUANCE; PROPOSED ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.  16-cv-02072-LHK<br><br>**[PROPOSED] ORDER RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered the stipulation between Plaintiffs Freedom from Religion Foundation, Inc. and Andrew DeFaria (collectively, "Plaintiffs") and Defendants City of Santa Clara, City of Santa Clara City Councilmembers, Mayor Lisa Gillmor, Vice Mayor Teresa O'Neill, Pat Kolstad, Debi Davis, Jerry Marsalli, Dominic Caserta, and Kathy Watanabe (collectively, the "City"), and good cause appearing therefore,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 3 -

CASE NO. 16-CV-02072-LHK
JOINT CMC STATEMENT; STIPULATION
RE: CONTINUANCE; PROPOSED ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2      1.    The Initial Case Management Conference shall be continued to _____

3  

4  _____ at 2:00 p.m. in the San Jose Courthouse,

5  Courtroom 8, 4th Floor, located at 280 South 1st Street, San Jose, California.

6  Dated: February \_\_\_\_\_, 2017

                                                        HON. LUCY H. KOH
                                                        United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 4 -

CASE NO. 16-CV-02072-LHK
JOINT CMC STATEMENT; STIPULATION
RE: CONTINUANCE; PROPOSED ORDER