Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for Defendant
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCILMEMBERS MAYOR LISA GILLMOR, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-cv-02072-LHK<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

| | | |
|---|---|---|
| 1 | Dated: March 15, 2017 | DAVID J.P. KALOYANIDES, A PROFESSIONAL LAW CORPORATION |

By:  */s/ David J.P. Kaloyanides*
David J.P. Kaloyanides
Attorneys for Plaintiffs
FREEDOM FROM RELIGION FOUNDATION, INC. and ANDREW DEFARIA

Dated: March 15, 2017    BURKE, WILLIAMS & SORENSEN, LLP

By:  */s/ Albert Tong*
Thomas B. Brown
Gregory R. Aker
Albert Tong
Attorneys for Defendant
CITY OF SANTA CLARA; CITY OF SANTA CLARA CITY COUNCIL-MEMBERS MAYOR LISA GILLMORE, VICE MAYOR TERESA O'NEILL, PAT KOLSTAD, DEBI DAVIS, JERRY MARSALLI, DOMINIC CASERTA, and KATHY WATANABE